| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

WILLIAM DAVID WHITE §
and DEBBIE WHITE, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　　　§
*versus* §　CIVIL ACTION NO. 1:07-CV-918
　　　　　　　　　　　　　　　　§
VANDERBILT MORTGAGE AND §
FINANCE, INC. §
and ALLSTATE TEXAS LLOYD'S, §
　　　　　　　　　　　　　　　　§
　　　　Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　　　The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on November 28, 2007. The magistrate judge recommends that this action be consolidated with another pending action that involves identical parties and common questions of fact and law (Cause No. 1:07-CV-238). No objections to the magistrate judge's report and recommendation have been filed.

　　　　The court has considered the magistrate judge's report, and concludes that the proposed findings of fact and conclusions of law are correct. Accordingly, the magistrate judge's report is hereby **ADOPTED**.

　　　　By separate order, this case will be consolidated with the action listed above.

　　　　SIGNED at Beaumont, Texas, this 11th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE